# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| COMMUNICATION INTERFACE TECHNOLOGIES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ROOMSTOGO.COM, INC., <br><br> *Defendant.* | C.A. No.:  4:24-cv-424 <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Communication Interface Technologies, LLC states that Equitable IP Corporation is its parent corporation and no publicly held company owns 10% or more of its stock.

Dated: May 13, 2024

Respectfully submitted,

SHEA | BEATY PLLC

*/s/ Trevor Beaty*
Trevor Beaty
trevor@sheabeaty.com
One Grande Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Tel: (903) 870-7771
Fax: (903) 870-7888

*Attorneys for Plaintiff*
*Communication Interface Technologies, LLC*